**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: 
BKY 25-41651
Chapter 13

Bryan Lee Grannes,

        Debtor(s).

**NOTICE OF HEARING AND MOTION FOR DISMISSAL**

TO:  All parties in interest pursuant to Local Rule 9013-3.

    1.    Kyle L. Carlson, Chapter 13 Trustee, moves to dismiss this case.

    2.    The Court will hold a hearing on this motion at 10:00 a.m. on Thursday, February 5, 2026 . The hearing will be conducted with the court via WebEx video conferencing. Please contact Judge Bruggeman's Courtroom Deputy by email at mnb_bruggeman_hearings@mnb.uscourts.gov or by telephone at 651-848-1051 to obtain the login information.

    3.    Any response to this motion must be filed and served not later than Thursday, January 29, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays and legal holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  The motion is brought pursuant to 11 U.S.C. § 1307, Bankruptcy Rule 1017, and Local Rule 1017-2.  The debtor(s) commenced this case by filing a voluntary Chapter 13 petition on May 21, 2025.  This case is pending before this Court.

    5.    The debtor is delinquent in plan payments to the Trustee in the amount of $650.00 through December 2025.  This represents a material default with respect to a term of the confirmed plan and is cause for dismissal pursuant to 11 U.S.C. § 1307(c)(6).

    WHEREFORE, the Trustee moves the Court for an order dismissing the case and such other relief as may be just and equitable.

Dated: January 8, 2026

        s/ Kyle L. Carlson
        Kyle L. Carlson
        Chapter 12 & 13 Trustee
        PO Box 519
        Barnesville, MN  56514
        218-354-7356

**VERIFICATION**

I, Kyle L. Carlson, Chapter 13 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 8, 2026

<u>s/ Kyle L. Carlson</u>
Kyle L. Carlson, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 25-41651 |
| | Chapter 13 |
| Bryan Lee Grannes, | |
| Debtor(s). | |

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

The undersigned, being an employee of the standing Chapter 13 Trustee, declares that on the date indicated below, I served the attached notice of hearing and motion for dismissal upon all entities named below by first class mail postage prepaid and to any entities who are filing users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Bryan Lee Grannes
PO Box 53
Sacred Heart, MN 56285

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: January 8, 2026

s/ Patty Halverson
Patty Halverson
Chapter 13 Office